IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.  CASE NO. 4:04cr54-RH

**WILLIE BYRD,**  DOCKET NO. 4:06mj028-WCS

     **Defendant.**
_____/

## ORDER

The Defendant appeared before the undersigned on a first appearance today to answer to the charges of violating his supervised release.

Accordingly, it is **ORDERED** that the Defendant shall appear before Judge Hinkle on **March 17, 2006, beginning at 12:00 p.m.**, for a revocation hearing. Until that appearance, Defendant will remain subject to the conditions of supervised release.

**DONE AND ORDERED** on February 10, 2006.

     S/ William C. Sherrill, Jr.
     **WILLIAM C. SHERRILL, JR.**
     **UNITED STATES MAGISTRATE JUDGE**