# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 4:04cr54-RH/WCS

WILLIE JAMES BYRD,

    Defendant.

_____/

## ORDER CONTINUING REVOCATION HEARING

Defendant Willie James Byrd's unopposed motion to continue the revocation hearing is GRANTED for the reasons set forth in the motion. The revocation hearing is rescheduled for April 20, 2006, at 11:00 a.m.

SO ORDERED this 16th day of March, 2006.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge